[No. 23736-2-III.   Division Three.   March 29, 2005.]

*In the Matter of the Personal Restraint of* JUAN ZEPEDA, JR., *Petitioner.*

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.

[Nos. 30381-7-II; 30388-4-II.   Division Two.   March 30, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL DEACON WOLFF ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Clark County, No. 03-1-00230-5 and 03-1-00233-5, Robert L. Harris, J., entered May 13 and 16, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 30587-9-II.   Division Two.   March 30, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. LANCE A. BURCH, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01705-5, Rosanne Buckner, J., entered July 11, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J, and Hunt, J.

[No. 30598-4-II.   Division Two.   March 30, 2005.]

*In the Matter of the Marriage of* CANDACE L. FELDEWERT, *Appellant*, and EDWARD FELDEWERT, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 98-3-00162-0, Kenneth D. Williams, J., entered September 8, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.